UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case
No.:   2:14–cv–05496–MMM–JPR                          Date:   11/21/2014
Title:   DREW CREE V. METROPOLITAN LIFE INSURANCE COMPANY

Present: The Honorable   Margaret M. Morrow  ,  U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:          **(In Chambers) Discharge of Order to Show Cause Why Court
                       Should Not Dismiss Action for Lack of Prosecution**

    On 11/17/2014, the court issued an Order to Show Cause why it should
not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order
to Show Cause re Lack of Prosecution on 11/19/2014.

    The court deems that response satisfactory, and orders the Order to Show Cause
discharged.

                                                Initials of Deputy Clerk:  ah